## RETURN OF SERVICE

State of Florida      County of Middle      District Court

Case Number: 6:20-CV-2216-ORL-41LRH

Plaintiff:
**PATRICIA M. GIBSON**

vs.

Defendant:
**AMERICAN EXPRESS COMPANY AND TRANS UNION, LLC**

DGT2020003128

For:
Karen Stroly
Varnell & Warwick, P.A.
1101 E Cumberland Avenue
Suite 201h, #105
Tampa, FL 33602

Received by DILIGENT LEGAL SERVICES on the 8th day of December, 2020 at 4:12 pm to be served on **American Express Company c/o CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.**

I, ANDREW KARP, do hereby affirm that on the **9th day of December, 2020** at **12:20 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **Summons, Complaint, Discovery** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE OF CT CORPORATION SYSTEM at the address of: **1200 South Pine Island Road, Plantation, FL 33324** as **registered agent** for **American Express Company c/o CT Corporation System**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**#210**
**DUNEDIN, FL 34698**
**(727) 424-7367**

Our Job Serial Number: DGT-2020003128

Case 6:20-cv-02216-CEM-LRH   Document 4   Filed 12/04/20   Page 1 of 4 PageID 24

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| PATRICIA M. GIBSON | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:20-cv-2216-Orl-41LRH |
| AMERICAN EXPRESS COMPANY AND TRANS UNION, LLC | ) |
| *Defendant(s)* | ) |

12/9/2020
12:20 pm
AK
#260

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICAN EXPRESS COMPANY
c/o CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VARNELL & WARWICK, P.A.
Janet R. Varnell, Brian W. Warwick
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Suzanna Manuel

Date: December 4, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ☐ I returned the summons unexecuted because _____ ; or

 ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

              _____
                 *Server's signature*

              _____
                *Printed name and title*

              _____
                 *Server's address*

Additional information regarding attempted service, etc: