# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA M. GIBSON,**

    **Plaintiff,**

**v.**                                                 **Case No:   6:20-cv-2216-Orl-41LRH**

**AMERICAN EXPRESS COMPANY and**
**TRANS UNION, LLC,**

    **Defendants.**

## ORDER
(And Direction to the Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION FOR PERMISSION FOR HANS W. LODGE TO APPEAR *PRO HAC VICE* (Doc. No. 10)**
>
> **FILED:**     **December 11, 2020**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Hans W. Lodge, Esq., may specially appear in this case as counsel for Plaintiff with Janet R. Varnell, Esq., serving as local counsel.  Attorney Lodge shall immediately begin using the CM/ECF docket system and begin filing electronically.  Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."  Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

- 2 -

      The Clerk of Court is directed to mail a copy of this Order to Attorney Lodge.  Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

      **DONE** and **ORDERED** in Orlando, Florida on December 11, 2020.

*(signed)*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties