UNITED STATES DISTRICT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA M. GIBSON,

      **Plaintiff,**

v.                                        CASE NO: 6:20-cv-02216-CEM-LRH

**AMERICAN EXPRESS COMPANY AND
TRANS UNION, LLC,**

      **Defendant.**

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Interested Persons Order:

1). The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Patricia M. Gibson (Plaintiff)
Varnell & Warwick, P.A. (Counsel for Plaintiff)
Janet R. Varnell (Counsel for Plaintiff)
Brian W. Warwick (Counsel for Plaintiff)
Matthew T. Peterson (Counsel for Plaintiff)
Erika R. Willis (Counsel for Plaintiff)
Berger Montague PC (Counsel for Plaintiff)
Hans W. Lodge (Counsel for Plaintiff)
American Express Company (Defendant)
Trans Union, LLC (Defendant)

2). The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

American Express Company
Trans Union, LLC

3). The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

N/A

4). The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

Patricia M. Gibson

5). Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED: DECEMBER 21, 2020 　　　　　　　　**VARNELL & WARWICK, P.A.**

　　　　　　　　　　　　　　　　BY:　/s/ Janet R. Varnell
　　　　　　　　　　　　　　　　　　　Janet R. Varnell, FBN: 0071072
　　　　　　　　　　　　　　　　　　　Brian W. Warwick, FBN: 0605573
　　　　　　　　　　　　　　　　　　　Matthew T. Peterson, FBN: 1020720
　　　　　　　　　　　　　　　　　　　Erika Willis, FBN: 100021
　　　　　　　　　　　　　　　　　　　1101 E. Cumberland Ave., Ste. 201H, #105
　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　Telephone: (352) 753-8600
　　　　　　　　　　　　　　　　　　　Facsimile: (352-504-3301
　　　　　　　　　　　　　　　　　　　*jvarnell@varnellandwarwick.com*
　　　　　　　　　　　　　　　　　　　*bwarwick@varnellandwarwick.com*
　　　　　　　　　　　　　　　　　　　*mpeterson@varnellandwarwick.com*
　　　　　　　　　　　　　　　　　　　*ewillis@varnellandwarwick.com*
　　　　　　　　　　　　　　　　　　　*kstroly@varnellandwarwick.com*

　　　　　　　　　　　　　　　　**BERGER MONTAGUE PC**

　　　　　　　　　　　　　　　　By: */s/ Hans W. Lodge*
　　　　　　　　　　　　　　　　Hans W. Lodge, MN Bar No. 0397012*
　　　　　　　　　　　　　　　　43 SE Main Street, Suite 505
　　　　　　　　　　　　　　　　Minneapolis, MN 55414
　　　　　　　　　　　　　　　　Telephone: (612) 607-7794
　　　　　　　　　　　　　　　　Fax: (612) 584-4470
　　　　　　　　　　　　　　　　Email: hlodge@bm.net
　　　　　　　　　　　　　　　　*\*Admitted Pro Hac Vice*

　　　　　　　　　　　　　　　　*ATTORNEYS FOR PLAINTIFF*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/Janet R. Varnell
                                        Janet R. Varnell