UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA M. GIBSON,**

      **Plaintiff,**

v.                                                                         Case No:  6:20-cv-2216-Orl-41LRH

**AMERICAN EXPRESS COMPANY and TRANS UNION, LLC,**

      **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__x__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  12/21/2020

/s/ Janet R. Varnell
_____

Janet R. Varnell; FL Bar No. 0071072
VARNELL & WARWICK, P.A.
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352-504-3301
Email: jvarnell@varnellandwarwick.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      /s/Janet R. Varnell
                                      Janet R. Varnell