UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-2216-Orl-41LRH

PATRICIA M. GIBSON,

      Plaintiff,

vs.

AMERICAN EXPRESS COMPANY and
TRANS UNION, LLC

      Defendants.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT OF AMERICAN EXPRESS NATIONAL BANK**

     Defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the December 7, 2020 Interested Persons Order for Civil Cases (ECF No. 6) and discloses the following:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.    American Express Company, parent company of American Express Travel Related Services Company, Inc.

        b.    American Express Travel Related Services Company, Inc.

LA 52526474v1

    c.  American Express National Bank, a wholly owned subsidiary of American Express Travel Related Services Company, Inc.

    d.  Berkshire Hathaway, which owns more than 10% of American Express Company's stock.

    e.  Counsel for American Express:

     Brian C. Frontino, Esq.
     Email:  bfrontino@stroock.com and lacalendar@stroock.com
     Kingsley C. Nwamah, Esq.
     knwamah@stroock.com and lacalendar@stroock.com
     Stroock & Stroock & Lavan LLP
     200 South Biscayne Blvd., Suite 3100
     Miami, Florida  33131
     Telephone:  (305) 358-9900
     Facsimile:  (305) 789-9302

    f.  Plaintiff Patricia Gibson

    g.  Counsel for Plaintiff:

     Janet Varnell, Esq.
     Email:  jvarnell@varnellandwarwick.com
     Varnell & Warwick, P.A.
     1101 E. Cumberland Ave., Suite 201H, #105
     Tampa, FL  32158
     Telephone:  (352) 753-8600

    h.  Defendant Transunion, LLC
     c/o The Prentice-Hall Corporate Systems, Inc.
     1201 Hays Street
     Tallahassee, Fl 32301

  2.  The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:  Unknown at this time.

  3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  Unknown at this time.

LA 52526474v1

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:  To the best of American Express' knowledge, not applicable.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  December 21, 2020

        By:  /s/  Brian C. Frontino
             Brian C. Frontino
             Florida Bar No. 95200
             Kingsley C. Nwamah
             Florida Bar No. 118364
             STROOCK & STROOCK & LAVAN LLP
             200 South Biscayne Boulevard, Suite 3100
             Miami, Florida 33131
             Telephone:  (305) 358-9900
             Facsimile:  (305) 789-9302
             bfrontino@stroock.com
             ataormina@stroock.com
             lacalendar@stroock.com

             Attorneys for Defendant
                *American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF on December 21, 2020, and served on all counsel or parties of record on the Service List below:

## SERVICE LIST

Janet R. Varnell, Esq.
Email:  jvarnell@varnellandwarwick.com
Varnell & Warwick, PA
1101 E. Cumberland Ave.
Suite 201H, #105
Tampa, FL 32158
Telephone:  (352) 753-8600

*Attorneys for Plaintiff*
  *Patricia Gibson*

/s/ Brian C. Frontino
Brian C. Frontino

LA 52526474v1