## RETURN OF SERVICE

**State of Florida**  **County of Middle**  **District Court**

Case Number: 6:20-CV-2216-ORL-41LRH

Plaintiff:
**PATRICIA M. GIBSON**

vs.

Defendant:
**AMERICAN EXPRESS COMPANY AND TRANS UNION, LLC**

For:
Karen Stroly
Varnell & Warwick, P.A.
1101 E Cumberland Avenue
Suite 201h, #105
Tampa, FL 33602

Received by DILIGENT LEGAL SERVICES on the 18th day of December, 2020 at 8:58 am to be served on **Trans Union, LLC c/o The Prentice-Hall Corporation, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **21st day of December, 2020** at **8:45 am, I:**

**CORPORATE / LLC:**  served by delivering a true copy of the **Summons, Complaint, Discovery** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **AUTHORIZED REPRESENTATIVE**  for the Registered Agent of Trans Union, LLC c/o The Prentice-Hall Corporation  at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

DILIGENT LEGAL SERVICES
1497 MAIN STREET
STE. 210
DUNEDIN, FL 34698
(727) 424-7367

Our Job Serial Number: DGT-2020003256
Ref: 2020003256

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida  ▼

| | |
|---|---|
| PATRICIA M. GIBSON <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN EXPRESS COMPANY AND TRANS UNION, LLC <br><br> *Defendant(s)* | Civil Action No.  6:20-cv-2216-Orl-41LRH <br><br> Date: 12/21/20   Time: 8:45P <br> MCN #111 <br> is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   TRANS UNION LLC
c/o THE PRENTICE-HALL CORPORATION SYSTEMS, INC.
1201 HAYS STREET
TALLAHASSEE, FL  32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VARNELL & WARWICK, P.A.
Janet R. Varnell, Brian W. Warwick
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Suzanna Manuel

Date:  December 4, 2020

*Signature of Clerk or Deputy Clerk*