UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  6:20-cv-02216-CEM-LRH

PATRICIA M. GIBSON,

        Plaintiff,

vs.

AMERICAN EXPRESS COMPANY and
TRANS UNION, LLC,

        Defendants.
_____/

### UNOPPOSED MOTION OF DEFENDANT AMERICAN EXPRESS NATIONAL BANK FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

        Pursuant to Federal Rule of Civil Procedure 6(b), defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, moves for a thirty (30) day extension of time to respond to the Complaint filed by plaintiff Patricia M. Gibson ("Plaintiff") and states:

        1.     Plaintiff filed the Complaint on December 4, 2020 (ECF No. 1), and served American Express on December 9, 2020.

        2.     Pursuant to Federal Rule of Civil Procedure 12(a), American Express's response is currently due on December 30, 2020.

        3.     Undersigned counsel was only recently retained by American Express in this matter and requires additional time in order to investigate the allegations of the Complaint, advise American Express accordingly, and to prepare its response.

        4.     This request is made in good faith and not for the purpose of delay.  Further, an order granting this motion will not prejudice Plaintiff.

LA 52526366v2

**WHEREFORE,** American Express respectfully requests that this Court extend its deadline to respond to the Complaint by thirty (30) days, up to and including January 29, 2021.

## LOCAL RULE 3.01(G) CERTIFICATION

In compliance with Local Rule 3.01(g), counsel for American Express certifies that they have conferred with Plaintiff's counsel, who does not oppose the relief requested in this Motion.

Dated:  December 28, 2020

Respectfully submitted,

By:  /s/ Brian C. Frontino
Brian C. Frontino
Florida Bar No. 95200
Kingsley C. Nwamah
Florida Bar No. 0118364
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
knwamah@stroock.com
lacalendar@stroock.com

Attorneys for Defendant
*American Express National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF on December 28, 2020, and served on the counsel and/or parties of record listed below:

Janet R. Varnell, Esq.
Brian W. Warwick, Esq.
Erika Roxanne Willis, Esq.
Matthew T. Peterson, Esq.
Varnell & Wawick, P.A.
1101 E. Cumberland Avenue,
Suite 201H #105
Tampa, FL 33602
Telephone: (352) 753-8600
Email: jvarnell@varnellandwarwick.com
Email: bwarwick@varnellandwarwick.com
Email: ewillis@varnellandwarwick.com
Email: mpeterson@varnellandwarwick.com

*Attorneys for Plaintiff*

Hans W. Lodge, Esq.
Berger & Montague, PC
43 SE Main St Ste 505
Minneapolis, MN 55414
Telephone: (612) 607-7794
Fax: (612) 584-4470
Email: hlodge@bm.net

*Attorneys for Plaintiff*

/s/ Brian C. Frontino
Brian C. Frontino