# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PATRICIA M. GIBSON,

        Plaintiff,

v.

        Case No. 6:20-CV-02216-CEM-LRH

AMERICAN EXPRESS COMPANY, and
TRANS UNION, LLC,

        Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TRANS UNION LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1. Plaintiff filed her Complaint on December 4, 2020. Trans Union was served with Plaintiff's Complaint on December 21, 2020. Trans Union's response to the Complaint is due on January 11, 2021.

2. Trans Union's time to plead in response to the Complaint has not yet expired.

3. The allegations in Plaintiff's Complaint date back to 2018 and relate to an inquiry allegedly reporting on Plaintiff's credit file. Trans Union needs additional time to locate and assemble documents relating to Plaintiff's credit file, any disputes submitted by Plaintiff, and Trans Union's reinvestigation of any such disputes. In addition, Trans Union's counsel will need additional time to review and analyze Trans Union's documents so that it may respond to the specific allegations contained in Plaintiff's Complaint.

1

4770841.1

4. On January 6, 2021, counsel for Trans Union conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension. Plaintiff's counsel is unopposed to Trans Union's request for a 14-day extension of time in which to answer or otherwise respond to the Complaint, up to and including January 25, 2021.

5. This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this matter.

6. No party would be prejudiced by the extension. The case was recently filed and no substantive activities have taken place.

7. Trans Union does not request oral argument on the Motion.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order (1) granting its Unopposed Motion for an Extension of Time; (2) providing Trans Union with an extension of time to file its responsive pleadings to the Complaint until on or before January 25, 2021; and (3) awarding Trans Union such further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long
Florida Bar No. 0112517
clong@qslwm.com
Quilling, Selander, Lownds
Winslett & Moser, P.C.
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5461
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Janet R. Varnell<br>jvarnell@varnellandwarwick.com<br>Matthew T. Peterson<br>mpeterson@varnellandwarwick.com<br>Erika R. Willis<br>ewillis@varnellandwarwick.com<br>Brian W. Warwick<br>bwarwick@varnellandwarwick.com<br>Varnell & Warwick, P.A.<br>1101 E. Cumberland Avenue, Suite 201H, #105<br>Tampa, FL, 32158<br>(352) 753-8600<br>(352) 753-8606 Fax<br>and<br>Hans W. Lodge<br>hlodge@bm.net<br>Berger & Montague, PC<br>43 SE Main Street, Suite 505<br>Minneapolis, MN, 55414<br>(612) 607-7794<br>(612) 584-4470 Fax<br>***Counsel for Plaintiff*** | Brian C. Frontino<br>bfrontino@stroock.com<br>Kingsley Chinedu Nwamah<br>knwamah@stroock.com<br>Stroock & Stroock & Lavan LLP<br>200 S. Biscayne Boulevard, Suite 3100<br>Miami, FL 33131<br>(305) 358-9900<br>(305) 789-9302 Fax<br>***Counsel for American Express Company*** |

*/s/ Charlotte Long*
**CHARLOTTE LONG**

3

4770841.1