**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PATRICIA M. GIBSON,

        Plaintiff,

v.                                      Case No. 6:20-CV-02216-CEM-LRH

AMERICAN EXPRESS COMPANY, and
TRANS UNION, LLC,

        Defendants.

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

       COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby discloses the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   A.    Patricia M. Gibson, Plaintiff

   B.    Janet R. Varnell, Matthew T. Peterson, Erika R. Willis and Brian W. Warwick of Varnell & Warwick, P.A., and Hans W. Lodge of Berger & Montague, PC Counsel for Plaintiff

   C.    American Express Company, Defendant

   D.    Brian C. Frontino and Kingsley Chinedu Nwamah of Stroock and Stroock & Lavan LLP, Counsel for American Express Company

   E.    Trans Union LLC, Defendant

   F.    Charlotte Long of Quilling, Selander, Lownds, Winslett & Moser, P.C., Counsel for Trans Union LLC

   G.    Parent Companies:  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly-traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded

entity, own more than 10% of TransUnion's stock.  No public company directly owns 10% or more of the ownership in Trans Union LLC.

2.  **The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known at this time.

3.  **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known at this time.

4.  **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long
Florida Bar No. 0112517
clong@qslwm.com
Quilling, Selander, Lownds
Winslett & Moser, P.C.
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5461
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Janet R. Varnell
jvarnell@varnellandwarwick.com
Matthew T. Peterson
mpeterson@varnellandwarwick.com
Erika R. Willis
ewillis@varnellandwarwick.com
Brian W. Warwick
bwarwick@varnellandwarwick.com
Varnell & Warwick, P.A.
1101 E. Cumberland Avenue, Suite 201H, #105
Tampa, FL, 32158
(352) 753-8600
(352) 753-8606 Fax
and
Hans W. Lodge
hlodge@bm.net
Berger & Montague, PC
43 SE Main Street, Suite 505
Minneapolis, MN, 55414
(612) 607-7794
(612) 584-4470 Fax
***Counsel for Plaintiff***

Brian C. Frontino
bfrontino@stroock.com
Kingsley Chinedu Nwamah
knwamah@stroock.com
Stroock & Stroock & Lavan LLP
200 S. Biscayne Boulevard, Suite 3100
Miami, FL 33131
(305) 358-9900
(305) 789-9302 Fax
***Counsel for American Express Company***

*/s/ Charlotte Long*
**CHARLOTTE LONG**

3

4767479.1