**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA M. GIBSON,

                Plaintiff,

v.                                       Case No. 6:20-CV-02216-CEM-LRH

AMERICAN EXPRESS COMPANY, and
TRANS UNION, LLC,

                Defendants.

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04(d), I hereby certify that the instant action:

____ IS               related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

__X__ IS NOT        related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF RELATED ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

                Respectfully submitted,

                */s/ Charlotte Long*
                Charlotte Long
                Florida Bar No. 0112517
                clong@qslwm.com
                Quilling, Selander, Lownds

Winslett & Moser, P.C.
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5461
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

4767466.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Janet R. Varnell
jvarnell@varnellandwarwick.com
Matthew T. Peterson
mpeterson@varnellandwarwick.com
Erika R. Willis
ewillis@varnellandwarwick.com
Brian W. Warwick
bwarwick@varnellandwarwick.com
Varnell & Warwick, P.A.
1101 E. Cumberland Avenue, Suite 201H, #105
Tampa, FL, 32158
(352) 753-8600
(352) 753-8606 Fax
and
Hans W. Lodge
hlodge@bm.net
Berger & Montague, PC
43 SE Main Street, Suite 505
Minneapolis, MN, 55414
(612) 607-7794
(612) 584-4470 Fax
***Counsel for Plaintiff***

Brian C. Frontino
bfrontino@stroock.com
Kingsley Chinedu Nwamah
knwamah@stroock.com
Stroock & Stroock & Lavan LLP
200 S. Biscayne Boulevard, Suite 3100
Miami, FL 33131
(305) 358-9900
(305) 789-9302 Fax
***Counsel for American Express Company***

*/s/ Charlotte Long*
**CHARLOTTE LONG**