UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA M. GIBSON,**

    **Plaintiff,**

**v.**                                                        **Case No:   6:20-cv-2216-Orl-41LRH**

**AMERICAN EXPRESS COMPANY and**
**TRANS UNION, LLC,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TRANS UNION LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 18)**
>
> **FILED:**      **January 11, 2021**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant Trans Union, LLC to respond to Plaintiff's complaint (Doc. No. 1) is extended up to and including January 25, 2021.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2021.

*/s/ Leslie R. Hoffman*
**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

Copies furnished to:

Counsel of Record