UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA M. GIBSON,

      Plaintiff,             Case No. 6:20-cv-02216-CEM-LRH

v.

AMERICAN EXPRESS COMPANY
AND TRANS UNION, LLC,

      Defendants.
_____/

**PLAINTIFF'S SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION REGARDING MOTION TO STRIKE DEFENDANT AMERICAN EXPRESS COMPANY'S AFFIRMATIVE DEFENSES**

Plaintiff Patricia M. Gibson ("Plaintiff"), by and through undersigned counsel, hereby respectfully submits this Local Rule 3.01(g) Certification regarding *Plaintiff's Motion to Strike Defendant American Express Company's Affirmative Defenses* [D.E. 26]. Undersigned counsel has communicated via e-mail with counsel for Defendant, American Express. Defendant American Express opposes the filing of the motion to strike, but agrees to withdraw the affirmative defense of reservation of rights.

1

Dated:  February 23, 2021　　　　　**VARNELL & WARWICK, P.A.**

By:　/s/ Janet R. Varnell
　　　Janet R. Varnell, FBN: 0071072
　　　Brian W. Warwick, FBN: 0605573
　　　Matthew T. Peterson, FBN: 1020720
　　　Erika Willis, FBN: 100021
　　　1101 E. Cumberland Ave., Ste. 201H, #105
　　　Tampa, FL 33602
　　　Telephone: (352) 753-8600
　　　Facsimile: (352-504-3301
　　　*jvarnell@varnellandwarwick.com*
　　　*bwarwick@varnellandwarwick.com*
　　　*mpeterson@varnellandwarwick.com*
　　　*ewillis@varnellandwarwick.com*
　　　*kstroly@varnellandwarwick.com*

　　　BERGER & MONTAGUE, P.C.

　　　/s/ Hans W. Lodge
　　　Hans W. Lodge, MN Bar No. 397012
　　　(Admitted *Pro Hac Vice*)
　　　43 SE Main Street, Suite 505
　　　Minneapolis, MN 55414
　　　Telephone: (612) 607-7794
　　　Fax: (612) 584-4470
　　　Email: hlodge@bm.net

　　　*ATTORNEYS FOR PLAINTIFF*