UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA M. GIBSON,**

  **Plaintiff,**

v.              Case No: 6:20-cv-2216-CEM-LRH

**AMERICAN EXPRESS COMPANY and TRANS UNION, LLC,**

  **Defendants.**

**ORDER**

  THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 27). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before April 13, 2021.

  **DONE** and **ORDERED** in Orlando, Florida on March 30, 2021.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record