U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA M. GIBSON,

                        Plaintiff,

v.                                       Case No. 6:20-cv-02216-CEM-LRH

AMERICAN EXPRESS COMPANY and
TRANS UNION, LLC

                        Defendants.

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Plaintiff's counsel, Hans W. Lodge of Berger Montague PC, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Berger Montague PC, 1229 Tyler Street NE, Suite 205, Minneapolis, MN 55413.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of June 2021.

                                              BERGER MONTAGUE PC

                                        By:  *s/ Hans W. Lodge*
                                                  Hans W. Lodge
                                                  1229 Tyler Street NE, Suite 205
                                                  Minneapolis, Minnesota 55413
                                                  Telephone: (612) 607-7794
                                                  Facsimile: (612) 584-4470
                                                  Email: hlodge@bm.net

                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 2, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Date: June 2, 2021

                 *s/ Hans W. Lodge*
                 Hans W. Lodge